UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STUART ORLEN GEORGE,<br><br>Defendant/Judgment Debtor,<br><br>and<br><br>CITY OF MERCER ISLAND,<br><br>Garnishee. | NO. 2:18-MC-00078-RSL<br><br>(2:02-CR-00334-MJP-1)<br><br>**Continuing Garnishee Order** |

A Writ of Continuing Garnishment, directed to Garnishee, City of Mercer Island, has been duly issued and served upon the Garnishee. Pursuant to the Writ, the City of Mercer Island filed its Answer on October 1, 2018, stating that at the time of the service of the Writ, Defendant/Judgment Debtor Stuart Orlen George (Mr. George), was an active employee who was paid bi-weekly and is fully vested in two retirement plans in the Garnishee's possession, custody, or control.

//

CONTINUING GARNISHEE ORDER (*USA v. Stuart Orlen George and City of Mercer Island,* 2:02-CR-00334-MJP-1 / 2:18-MC-00078-RSL) - 1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

After notification of the garnishment proceeding was mailed to the parties on or about August 29, 2018, the Defendant/Judgment Debtor has not requested a hearing to determine exempt property as of this date.

IT IS THEREFORE ORDERED as follows:

That the Garnishee, City of Mercer Island, shall pay to the United States District Court for the Western District of Washington, (1) the non-exempt earnings payable to Defendant/Judgment Debtor Stuart Orlen George, upon each period of time when Defendant/Judgment Debtor George is entitled to receive such funds; and (2) the entire amount (less federal tax withholdings paid to the Internal Revenue Service) of non-exempt property from any and all accounts, including the PERS-2 retirement plan and the 457 Deferred Comp retirement plan, in the Garnishee's possession, custody, or control, in which the Defendant maintains an interest and meets the requirements to withdraw, or becomes eligible to withdraw, but such amount shall not exceed the amount necessary to pay Mr. George's restitution balance in full; and

That the Garnishee shall continue said payments, if any, until Defendant/Judgment Debtor George's debt is paid in full or until Defendant/Judgment Debtor is no longer an active employee of Garnishee and the Garnishee no longer has possession, custody, or control of any funds due and owing to the Defendant/Judgment Debtor or until further order of this Court. This includes all monies required to be previously withheld by the Garnishee, in accordance with the Writ of Continuing Garnishment;

**CONTINUING GARNISHEE ORDER (***USA v. Stuart Orlen George and City of Mercer Island,* **2:02-CR-00334-MJP-1 / 2:18-MC-00078-RSL) - 2**

**UNITED STATES ATTORNEY'S OFFICE**
**700 STEWART STREET, SUITE 5220**
**SEATTLE, WA 98101**
**PHONE: 206-553-7970**

That such payments shall be applied to Defendant/Judgment Debtor George's outstanding restitution obligation, by the United States District Court for the Western District of Washington; and

That the payments shall be made out to the United States District Court, Western District of Washington, referencing Case Nos. 2:02-CR-00334-MJP-1 and 2:18-MC-00078-RSL, and to deliver such payment either personally or by First Class Mail to:

> United States District Court, Western District of Washington
> Attn: Financial Clerk – Lobby Level
> 700 Stewart Street
> Seattle, Washington 98101

Dated this 12th day of December, 2018.

*/s/ Robert S. Lasnik*
JUDGE ROBERT S. LASNIK
United States District Court Judge

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney

**CONTINUING GARNISHEE ORDER** (*USA v. Stuart Orlen George and City of Mercer Island,* **2:02-CR-00334-MJP-1 / 2:18-MC-00078-RSL**) **- 3**

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970